### R. C. BUCKNER et al. v. Mrs. Addie TURNER et al.

### No. 3519.

Court of Civil Appeals of Texas. Beaumont.

July 27, 1939.

Rehearing Denied Sept. 19, 1939.

Tom P. Scott and W. E. Cureton, both of Waco, for appellants.

Collins, Pate, Hatchell & Garrison, of Lufkin, for appellees.

O'QUINN, Justice.

This is a companion case to R. C. Buckner, et al. v. Mrs. Ollie Colwell, Tex.Civ. App., 131 S.W.2d 675, this day decided by

this court. The facts are the same, except as to identity of the parties; they grew out of the same occurrence, and the questions of law are identical. On the authority of that case the judgment of the trial court is affirmed.